# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 25, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131247

RICK PETERSEN,
        Plaintiff-Appellee,

v

MAGNA CORPORATION and MIDWEST
EMPLOYERS CASUALTY COMPANY,
        Defendants-Appellants.
and

KOLEASECO and THE ACCIDENT FUND
COMPANY, MAGNA CORPORATION and TIG
INSURANCE COMPANY, BCN
TRANSPORTATION SERVICES and TIG
INSURANCE COMPANY, KOLEASECO and
CITIZENS INSURANCE COMPANY, BCN
TRANSPORTATION SERVICES,SERTA
RESTOKRAFT MATTRESS COMPANY and
HARLEYSVILLE LAKE STATES INSURANCE
COMPANY,
        Defendants-Appellees.
_____

SC: 131247
COA: 266177
WCAC: 03-000260

## AMENDMENT TO ORDER

On order of the Court, the order of September 27, 2006 is amended to correct a clerical error by correcting the case title to read as set forth above to accurately reflect the identity of the appellants.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 25, 2006

Clerk